1  Jahan C. Sagafi (Cal. Bar No. 224887)
   OUTTEN & GOLDEN LLP
2  One Embarcadero Center, 38th Floor
   San Francisco, CA 94111
3  Telephone: (415) 638-8800
   Facsimile: (415) 638-8810
4  E-mail: jsagafi@outtengolden.com

5  Justin M. Swartz (*pro hac vice* application forthcoming)
   OUTTEN & GOLDEN LLP
6  3 Park Avenue, 29th Floor
   New York, New York 10016
7  Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
8  E-mail: jms@outtengolden.com

9  *Attorneys for Plaintiff and proposed Class Members*

10 *Additional counsel listed on following page*

11                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO/OAKLAND DIVISION

13

14 | JASON ZAJONC, individually and on behalf | Case No. 4:14-cv-05563-EMC
   | of all others similarly situated,         |
15 |                                           | **STIPULATION TO WITHDRAW**
   |                  Plaintiff,               | **AMENDED COMPLAINT**
16 |                                           |
   |              vs.                          |
17 |                                           |
   | MORGAN STANLEY & CO. LLC, f/k/a           |
18 | Morgan Stanley & Co. Incorporated,        |
   | MORGAN STANLEY SMITH BARNEY               |
19 | LLC, and MORGAN STANLEY,                  |
   |                                           |
20 |                  Defendants.              |

21

22

23

24

25

26

27

28

                                                    STIPULATION TO WITHDRAW
                                                     AMENDED COMPLAINT
                                                     4:14-cv-05563-EMC

|    |                                                                     |
|----|---------------------------------------------------------------------|
| 2  | Gregg I. Shavitz (admitted *pro hac vice*)                          |
|    | Susan H. Stern (admitted *pro hac vice*)                            |
|    | Paolo C. Meireles (admitted *pro hac vice*)                         |
|    | SHAVITZ LAW GROUP, P.A.                                             |
| 3  | 1515 S. Federal Hwy., Suite 404                                     |
|    | Boca Raton, Florida 33432                                           |
| 4  | Telephone: (561) 447-8888                                           |
|    | Facsimile: (561) 447-8831                                           |
| 5  | E-mail: gshavitz@shavitzlaw.com                                     |
|    | E-mail: sstern@shavitzlaw.com                                       |
| 6  | E-mail: pmeireles@shavitzlaw.com                                    |
| 7  | Seth R. Lesser (*pro hac vice* application forthcoming)             |
|    | Fran L. Rudich (*pro hac vice* application forthcoming)             |
| 8  | KLAFTER OLSEN & LESSER, LLP                                         |
|    | Two International Drive, Suite 350                                  |
| 9  | Rye Brook, NY 10573                                                 |
|    | Telephone: (914) 934-9200                                           |
| 10 | Facsimile: (914) 934-9220                                           |
|    | E-mail: seth@klafterolsen.com                                       |
| 11 | E-mail: fran@klafterolsen.com                                       |
| 12 | *Attorneys for Plaintiff and proposed Class Members*                |

STIPULATION TO WITHDRAW
AMENDED COMPLAINT
4:14-cv-05563-EMC

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  Plaintiff Jason Zajonc ("Plaintiff") and Defendants Morgan Stanley & Co. LLC, Morgan

3  Stanley Smith Barney LLC, and Morgan Stanley ("Defendants") (collectively, the "Parties")

4  hereby stipulate as follows:

5  WHEREAS, on December 19, 2014, Plaintiff filed a Complaint (Docket No. 1) against

6  Defendants in this Court;

7  WHEREAS, on December 22, 2014, Plaintiff filed a Corrected Complaint (Docket No. 6)

8  to address non-substantive errors in the Complaint, and the Corrected Complaint was deemed an

9  Amended Complaint by the Court;

10  WHEREAS, Plaintiff seeks to withdraw the Amended Complaint (i.e., the Corrected

11  Complaint) (Docket No. 6), to preserve his option to amend as of right;

12  WHEREAS, the Parties agree that the operative complaint shall be the Complaint (Docket

13  No. 1) and Plaintiff shall retain his option to amend as of right as if the Corrected/Amended

14  Complaint (Docket No. 6) had never been filed;

15  THEREFORE, it is hereby stipulated and agreed that the Corrected/Amended Complaint

16  (Docket No. 6) be withdrawn.

17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| Dated: January 30, 2015 | By: | /s/ Jahan C. Sagafi |
| | | Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Justin M. Swartz (*pro hac vice* application forthcoming)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Seth R. Lesser (*pro hac vice* application forthcoming)
Fran L. Rudich (*pro hac vice* application forthcoming)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiff and Proposed Class Members*

STIPULATION TO WITHDRAW
AMENDED COMPLAINT
4:14-cv-05563-EMC

| | | |
|---|---|---|
| Dated: January 30, 2015 | By: | /s/ Melinda Riechert |
| | | Melinda Riechert |

Melinda Riechert
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com

*Attorneys for Defendants*

STIPULATION TO WITHDRAW
AMENDED COMPLAINT
4:14-cv-05563-EMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 4:14-cv-05563-EMC<br><br>[~~PROPOSED~~] ORDER |

The Court directs the clerk to withdraw the Corrected/Amended Complaint (Docket No. 6). The operative complaint shall be the original Complaint (Docket No. 1), and Plaintiff retains the option to amend as of right as if the Corrected/Amended Complaint (Docket No. 6) had never been filed.

IT IS SO ORDERED.

Dated: 2/2/15  _____  _____
DISTRICT JUDGE

GRANTED
Judge Edward M. Chen

[PROPOSED] ORDER TO
WITHDRAW AMENDED COMPLAINT
4:14-cv-05563-EMC