| | |
|---|---|
| 1 | Jahan C. Sagafi (Cal. Bar No. 224887) |
| | Julia Rabinovich (Cal. Bar No. 290730) |
| 2 | OUTTEN & GOLDEN LLP |
| | One Embarcadero Center, 38th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 638-8800 |
| 4 | Facsimile: (415) 638-8810 |
| | E-mail: jsagafi@outtengolden.com |
| 5 | E-mail: jrabinovich@outtengolden.com |
| 6 | Justin M. Swartz (admitted *pro hac vice*) |
| | OUTTEN & GOLDEN LLP |
| 7 | 3 Park Avenue, 29th Floor |
| | New York, New York 10016 |
| 8 | Telephone: (212) 245-1000 |
| | Facsimile: (646) 509-2060 |
| 9 | E-mail: jms@outtengolden.com |
| 10 | *Attorneys for Plaintiff and proposed Class Members* |
| 11 | Melinda Riechert |
| | MORGAN LEWIS & BOCKIUS LLP |
| 12 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1596 |
| 13 | Telephone: (415) 422-1486 |
| | Facsimile: (415) 422-1001 |
| 14 | E-mail: mriechert@morganlewis.com |
| 15 | *Attorneys for Defendants* |
| 16 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | JASON ZAJONC, individually and on behalf of all others similarly situated, | Case No. 4:14-cv-05563-EMC |
| 21 | Plaintiff, | **STIPULATION AND [PR**~~OPO~~**SED] ORDER TO CONTINUE HEARING ON MORGAN STANLEY'S MOTION TO DISMISS, STAY, OR TRANSFER ACTION TO THE SOUTHERN DISTRICT OF FLORIDA PURSUANT TO THE FIRST-TO-FILE RULE** |
| 22 | vs. | |
| 23 | MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY, | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |

| | |
|---|---|
| 2 | Gregg I. Shavitz (admitted *pro hac vice*)<br>Susan H. Stern (admitted *pro hac vice*)<br>Paolo C. Meireles (admitted *pro hac vice*)<br>SHAVITZ LAW GROUP, P.A. |
| 3 | 1515 S. Federal Hwy., Suite 404<br>Boca Raton, Florida 33432 |
| 4 | Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831 |
| 5 | E-mail: gshavitz@shavitzlaw.com<br>E-mail: sstern@shavitzlaw.com |
| 6 | E-mail: pmeireles@shavitzlaw.com |
| 7 | Jeffrey A. Klafter (*pro hac vice* application forthcoming)<br>Seth R. Lesser (*pro hac vice* application forthcoming) |
| 8 | Fran L. Rudich (admitted *pro hac vice*)<br>KLAFTER OLSEN & LESSER, LLP |
| 9 | Two International Drive, Suite 350<br>Rye Brook, NY 10573 |
| 10 | Telephone: (914) 934-9200<br>Facsimile: (914) 934-9220 |
| 11 | E-mail: jak@klafterolsen.com<br>E-mail: seth@klafterolsen.com |
| 12 | E-mail: fran@klafterolsen.com |
| 13 | *Attorneys for Plaintiff and proposed Class Members* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2    Plaintiff Jason Zajonc ("Plaintiff") and Defendants Morgan Stanley & Co. LLC, Morgan

3 Stanley Smith Barney LLC, and Morgan Stanley ("Morgan Stanley") (collectively, the "Parties")

4 hereby stipulate as follows:

5    WHEREAS, on March 19, 2015, Morgan Stanley filed a Notice of Motion and Motion to

6 Dismiss, Stay, or Transfer Action to the Southern District of Florida Pursuant to the First-to-File

7 Rule ("Morgan Stanley's Motion to Dismiss") (Docket No. 37), noticing a hearing for April 23,

8 2015 at 1:30 p.m.;

9    WHEREAS, Plaintiff's counsel are unavailable that day; and

10   WHEREAS, both parties' counsel are available on April 30, 2015 at 1:30 p.m.

11   THEREFORE, it is hereby stipulated and agreed that the hearing on Morgan Stanley's

12 Motion to Dismiss (Docket No. 37) be continued to April 30, 2015 at 1:30 p.m.

| | | | |
|---|---|---|---|
| 2 | Dated: March 26, 2015 | By: | /s/ Jahan C. Sagafi |
| | | | Jahan C. Sagafi |

3  Jahan C. Sagafi (Cal. Bar No. 224887)
   Julia Rabinovich (Cal. Bar No. 290730)
4  OUTTEN & GOLDEN LLP
   One Embarcadero Center, 38th Floor
5  San Francisco, CA 94111
   Telephone: (415) 638-8800
6  Facsimile: (415) 638-8810
   E-mail: jsagafi@outtengolden.com
7  E-mail: jrabinovich@outtengolden.com

8  Justin M. Swartz (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
9  3 Park Avenue, 29th Floor
   New York, New York 10016
10 Telephone: (212) 245-1000
   Facsimile: (646) 509-2060
11 E-mail: jms@outtengolden.com

12 Gregg I. Shavitz (admitted *pro hac vice*)
   Susan H. Stern (admitted *pro hac vice*)
13 Paolo C. Meireles (admitted *pro hac vice*)
   SHAVITZ LAW GROUP, P.A.
14 1515 S. Federal Hwy., Suite 404
   Boca Raton, Florida 33432
15 Telephone: (561) 447-8888
   Facsimile: (561) 447-8831
16 E-mail: gshavitz@shavitzlaw.com
   E-mail: sstern@shavitzlaw.com
17 E-mail: pmeireles@shavitzlaw.com

18 Jeffrey A. Klafter (*pro hac vice* application forthcoming)
19 Seth R. Lesser (*pro hac vice* application forthcoming)
20 Fran L. Rudich (admitted *pro hac vice*)
   KLAFTER OLSEN & LESSER, LLP
21 Two International Drive, Suite 350
   Rye Brook, NY 10573
22 Telephone: (914) 934-9200
   Facsimile: (914) 934-9220
23 E-mail: jak@klafterolsen.com
   E-mail: seth@klafterolsen.com
24 E-mail: fran@klafterolsen.com

25 *Attorneys for Plaintiff and Proposed Class Members*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING
4:14-cv-05563-EMC

| | | |
|---|---|---|
| Dated: March 26, 2015 | By: | /s/ Melinda Riechert |
| | | Melinda Riechert |

Melinda Riechert
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March___31___, 2015

_____
The Honorable Edward M. Chen
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[STAMP: IT IS SO ORDERED / Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING
4:14-cv-05563-EMC

## ATTESTATION OF SIGNATURE

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: March 26, 2015          OUTTEN & GOLDEN LLP

                              By:  /s/ Jahan C. Sagafi

                              *Attorneys for Plaintiff and Proposed Class Members*