UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>           Defendant. | Case No. 4:14-cv-05563-EMC<br>AMENDED<br>**[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND STAY DISCOVERY UNTIL AFTER THE DETERMINATION OF DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER**<br><br>**[Civil L.R. 7-11]**<br><br>Complaint Filed:   December 19, 2014 |

(Strikethrough markings cross out "PRO" in "PROPOSED", "AND STAY", "UNTIL AFTER THE DETERMINATION OF DEFENDANTS'", and "DIS" in "DISMISS".)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
CASE NO. 4:14-CV-05563-EMC

1    The Court has considered Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith
2    Barney LLC, and Morgan Stanley's (collectively, "Defendants") Motion for Administrative
3    Relief Seeking an Order to Continue the Initial Case Management Conference and Stay
4    Discovery Pending the Determination of Defendants' Motion to Dismiss, Stay, or Transfer
5    ("Motion") brought under Civil Local Rule 7-11. Per Local Rule 7-11(c), the Court did not hold
6    a hearing on the Motion.
7    Upon review of the papers, authorities, and evidence submitted by the parties, and for
8    good cause shown, IT IS HEREBY ORDERED:
9    (1) The Initial Case Management Conference set for April 2, 2015 ~~shall be taken off~~ is reset for
10   May 28, 2015 at 9:30 a.m. A joint CMC statement shall be filed by May 21, 2015. ~~calendar. Should this Court deny Defendants' pending Motion to Dismiss, Stay, or Transfer~~
11   ~~("Motion to Transfer"), the Court will re-set the date~~.
12   (2) ~~All discovery in this action, including pending written discovery requests and the~~
13   ~~Federal Rule of Civil Procedure 30(b)(6) deposition noticed for April 9, 2015, shall be stayed.~~
14   ~~Should the Court deny the Motion to Transfer, the stay shall be lifted concurrently with the~~
15   ~~issuance of such an order.~~ Denied. See Order Docket 51.
16   IT IS SO ORDERED.
17   Dated: _____3/31/15_____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DB1/ 82703891.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                   [PROPOSED] ORDER
                                    CASE NO. 4:14-CV-05563-EMC