| | | |
|---|---|---|
| 1 | Jahan C. Sagafi (Cal. Bar No. 224887) | Gregg I. Shavitz (admitted *pro hac vice*) |
| | Julia Rabinovich (Cal. Bar No. 290730) | Susan H. Stern (admitted *pro hac vice*) |
| 2 | OUTTEN & GOLDEN LLP | Paolo C. Meireles (admitted *pro hac vice*) |
| | One Embarcadero Center, 38th Floor | SHAVITZ LAW GROUP, P.A. |
| 3 | San Francisco, CA 94111 | 1515 S. Federal Hwy., Suite 404 |
| | Telephone: (415) 638-8800 | Boca Raton, Florida 33432 |
| 4 | Facsimile: (415) 638-8810 | Telephone: (561) 447-8888 |
| | E-mail: jsagafi@outtengolden.com | Facsimile: (561) 447-8831 |
| 5 | E-mail: jrabinovich@outtengolden.com | E-mail: gshavitz@shavitzlaw.com |
| | | E-mail: sstern@shavitzlaw.com |
| 6 | | E-mail: pmeireles@shavitzlaw.com |
| 7 | Justin M. Swartz (admitted *pro hac vice*) | Jeffrey A. Klafter (*pro hac vice* forthcoming) |
| | OUTTEN & GOLDEN LLP | Seth R. Lesser (*pro hac vice* forthcoming) |
| 8 | 3 Park Avenue, 29th Floor | Fran L. Rudich (admitted *pro hac vice*) |
| | New York, New York 10016 | KLAFTER OLSEN & LESSER, LLP |
| 9 | Telephone: (212) 245-1000 | Two International Drive, Suite 350 |
| | Facsimile: (646) 509-2060 | Rye Brook, NY 10573 |
| 10 | E-mail: jms@outtengolden.com | Telephone: (914) 934-9200 |
| | | Facsimile: (914) 934-9220 |
| 11 | | E-mail: jak@klafterolsen.com |
| | | E-mail: seth@klafterolsen.com |
| 12 | | E-mail: fran@klafterolsen.com |

Attorneys for Plaintiff JASON ZAJONC

Melinda Riechert, SBN: 65504
Jennifer Svanfeldt, SBN: 233248
Roberta Vespremi, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants MORGAN STANLEY & CO. LLC,
MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON ZAJONC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 4:14-cv-05563-EMC<br><br>**JOINT STIPULATION AND [PRO~~PO~~SED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1	Pursuant to Civil Local Rules 6-1 and 6-2, Defendants MORGAN STANLEY & CO.
2	LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY (collectively
3	"Defendants") and Plaintiff JASON ZAJONC ("Plaintiff") (collectively, the "Parties"), by and
4	through their respective counsel of record, jointly request that the Court continue the initial Case
5	Management Conference currently scheduled for May 28, 2015 to June 4, 2015, or to a date
6	thereafter that is mutually convenient for the Court.
7	WHEREAS, the initial Case Management Conference was originally set for April 2, 2015
8	(Dkt. No. 27);
9	WHEREAS, in an Amended Order dated March 31, 2015, the Court continued the initial
10	Case Management Conference to May 28, 2015 (Dkt. No. 52);
11	WHEREAS, Lead Counsel for Defendants, Melinda Riechert, is unable to attend the
12	Case Management Conference on May 28, 2015 because she is scheduled to host and present
13	at the Technology Industry Employers Roundtable on the same date and at the same time as
14	the Case Management Conference.  Nearly fifty industry attorneys are already scheduled to
15	attend;
16	WHEREAS, pursuant to Civil Local Rule 16-3, Lead Counsel for Defendants, Melinda
17	Riechert, is required to be present at the Case Management Conference to confer and plan as
18	mandated by Federal Rule of Civil Procedure 26(f);
19	WHEREAS, continuing the initial Case Management Conference to June 4, 2015 will not
20	affect the schedule for the case.
21	THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the
22	initial Case Management Conference currently scheduled for May 28, 2015 be continued to
23	June 4, 2015, or a date thereafter that is mutually convenient for the Court.
24	IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| Dated: May 20, 2015 | By: | /s/ Jahan C. Sagafi |
| | | Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* forthcoming)
Seth R. Lesser (*pro hac vice* forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiff and Proposed Class Members*

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC
4:14-cv-05563-EMC

DB2/ 25926285.2               2

| | | |
|---|---|---|
| 1 | Dated: May 20, 2015 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By:   */s/ Melinda Riechert* |
| | | Melinda Riechert |
| 3 | | |
| 4 | | Attorneys for Defendants |
| | | MORGAN STANLEY & CO. LLC, |
| | | MORGAN STANLEY SMITH BARNEY |
| 5 | | LLC, and MORGAN STANLEY |

## **ATTESTATION**

I, Melinda Riechert, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jahan C. Sagafi concurs in this filing.

DATED: May 20, 2015                                            MORGAN LEWIS & BOCKIUS LLP

By: */s/ Melinda Riechert*

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC
4:14-cv-05563-EMC

DB2/ 25926285.2                                                        3

1  **[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue May 28, 2015 Case Management Conference and for good cause appearing, the Stipulation is approved.  The Court hereby orders as follows:

The Case Management Conference currently scheduled for May 28, 2015 at 9:30 a.m. is continued until June 4, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _5/22/15_  _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC
4:14-cv-05563-EMC

DB2/ 25926285.2         4