UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZAJONC, | No. C-14-5563 EMC |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| MORGAN STANLEY & CO. LLC, *et al.*, | **(Docket No. 79)** |
| Defendants. | |

In the parties' Joint Rule 26(f) Discovery Plan, Plaintiff asked the Court to order Defendant to produce, as part of the class list, telephone numbers for the putative class members. Contrary to what Defendant suggests, a further meet and confer on this issue is not necessary. In the prior discovery dispute related to the class list, Plaintiffs clearly asked for telephone numbers as part of the class list information. Defendant did not object, even stating that it was amenable to give Plaintiff a sampling of names, addresses, and telephone numbers. *See* Docket No. 71 (Letter at 2). Accordingly, Plaintiff's request is hereby **GRANTED**. Absent good cause, the information shall be promptly produced.

IT IS SO ORDERED.

Dated: June 23, 2015

_____
EDWARD M. CHEN
United States District Judge