Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

*Attorneys for Plaintiffs and proposed Class Members*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | **Case No. 14-cv-05563-EMC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:   December 19, 2014 |

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

# **STIPULATION**

WHEREAS, the Court's July 9, 2015 Clerk's Notice (ECF No. 83) set due dates for, among other things, Plaintiff Jason Zajonc's Motion for Class Certification, Defendant Morgan Stanley's Opposition, and Plaintiff's Reply;

WHEREAS, on August 25, 2015, the parties met and conferred regarding modifying the briefing schedule related to Plaintiffs' Motion for Class Certification; and

WHEREAS, this extension is without prejudice to further extension of the briefing schedule.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to the following revised briefing schedule:

| | |
|---|---|
| Motion for Rule 23 Class Certification | Currently due: October 20, 2015<br>Stipulated: November 13, 2015 |
| Defendants' Opposition | Currently due: November 24, 2015<br>Stipulated: December 18, 2015 |
| Plaintiffs' Reply | Currently due: December 8, 2015<br>Stipulated: January 14, 2016 |
| Hearing Date | Currently: December 22, 2015<br>Stipulated: January 28, 2016 (or as soon thereafter as the Court is available) |

**IT IS SO STIPULATED.**

1

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

| | | |
|---|---|---|
| 1 | Dated: August 28, 2015 | By:  */s/ Jahan C. Sagafi* <br>          Jahan C. Sagafi |
| 2 | | |
| 3 | | Jahan C. Sagafi (Cal. Bar No. 224887) <br> Julia Rabinovich (Cal. Bar No. 290730) <br> OUTTEN & GOLDEN LLP |
| 4 | | One Embarcadero Center, 38th Floor <br> San Francisco, CA 94111 |
| 5 | | Telephone: (415) 638-8800 <br> Facsimile: (415) 638-8810 |
| 6 | | E-mail: jsagafi@outtengolden.com <br> E-mail: jrabinovich@outtengolden.com |
| 7 | | |
| 8 | | Justin M. Swartz (admitted *pro hac vice*) <br> OUTTEN & GOLDEN LLP <br> 3 Park Avenue, 29th Floor |
| 9 | | New York, New York 10016 <br> Telephone: (212) 245-1000 |
| 10 | | Facsimile: (646) 509-2060 <br> E-mail: jms@outtengolden.com |
| 11 | | |
| 12 | | Gregg I. Shavitz (admitted *pro hac vice*) <br> Susan H. Stern (admitted *pro hac vice*) <br> Paolo C. Meireles (admitted *pro hac vice*) |
| 13 | | SHAVITZ LAW GROUP, P.A. <br> 1515 S. Federal Hwy., Suite 404 |
| 14 | | Boca Raton, Florida 33432 <br> Telephone: (561) 447-8888 |
| 15 | | Facsimile: (561) 447-8831 <br> E-mail: gshavitz@shavitzlaw.com |
| 16 | | E-mail: sstern@shavitzlaw.com <br> E-mail: pmeireles@shavitzlaw.com |
| 17 | | |
| 18 | | Jeffrey A. Klafter (*pro hac vice* application forthcoming) |
| | | Seth R. Lesser (admitted *pro hac vice*) |
| 19 | | Fran L. Rudich (admitted *pro hac vice*) <br> KLAFTER OLSEN & LESSER, LLP |
| 20 | | Two International Drive, Suite 350 <br> Rye Brook, NY 10573 |
| 21 | | Telephone: (914) 934-9200 <br> Facsimile: (914) 934-9220 |
| 22 | | E-mail: jak@klafterolsen.com <br> E-mail: seth@klafterolsen.com |
| 23 | | E-mail: fran@klafterolsen.com |
| 24 | | *Attorneys for Plaintiff and Proposed Class Members* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

| | | |
|---|---|---|
| 1 | Dated: August 28, 2015 | By:  */s/ Melinda S. Riechert* <br>            Melinda S. Riechert |

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
            jsvanfeldt@morganlewis.com
            rvespremi@morganlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August \_\_\_\_9/1\_\_\_\_, 2015

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

3

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: August 28, 2015             OUTTEN & GOLDEN LLP

                                    By:  /s/ Jahan C. Sagafi

                                    *Attorneys for Plaintiff and Proposed Class Members*

4

Joint Stipulation and [Proposed] Order to Extend Briefing
Schedule for Plaintiffs' Motion for Class Certification
Case No. 14-CV-05563-EMC