| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Seth R. Lesser (admitted *pro hac vice*) |
| Julia Rabinovich (Cal. Bar No. 290730) | Fran L. Rudich (admitted *pro hac vice*) |
| OUTTEN & GOLDEN LLP | KLAFTER OLSEN & LESSER, LLP |
| One Embarcadero Center, 38th Floor | Two International Drive, Suite 350 |
| San Francisco, CA 94111 | Rye Brook, NY 10573 |
| Telephone: (415) 638-8800 | Telephone: (914) 934-9200 |
| Facsimile: (415) 638-8810 | Facsimile: (914) 934-9220 |
| E-mail: jsagafi@outtengolden.com | E-mail: seth@klafterolsen.com |
| E-mail: jrabinovich@outtengolden.com | E-mail: fran@klafterolsen.com |

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

*Attorneys for Plaintiffs JASON ZAJONC, DENNIS FOWLER, and Proposed Class Members*

Melinda Riechert, SBN: 65504
Jennifer Svanfeldt, SBN: 233248
Roberta Vespremi, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1000
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

*Attorneys for Defendants MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY*

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | **Case No. 14-cv-05563-EMC**<br><br>**JOINT STIPULATION AND [PR~~OPOS~~ED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: December 19, 2014 |

**STIPULATION**

WHEREAS, the Court's November 24, 2015 Clerk's Notice (ECF No. 115) set the Further Case Management Conference ("CMC") for January 28, 2016;

WHEREAS, per the Parties' request, on January 21, 2016, the Court continued the CMC to February 11, 2016 (ECF No. 119);

WHEREAS, the Parties have continued to meet and confer during the past two weeks regarding the litigation generally and the timing of the CMC specifically;

WHEREAS, the Parties still do not currently have ripe issues for discussion but expect that an additional continuance of the CMC to March 10, 2016, will allow for a more meaningful discussion;

WHEREAS, this is the Parties' second request to postpone the CMC; and

WHEREAS the requested continuance of the CMC will not otherwise affect the schedule for the case;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to continue the CMC currently scheduled for Thursday, February 11, 2016 to Thursday, March 10, 2016.  The Parties will submit an updated Case Management Statement seven days before the rescheduled CMC date.

**IT IS SO STIPULATED.**

1

Joint Stipulation and [Proposed] Order to
Continue Further Case Management Conference
Case No. 14-CV-05563-EMC
Case No. 14-CV-05563-EMC

| | | |
|---|---|---|
| 1 | Dated: February 3, 2016 | By:   */s/ Jahan C. Sagafi* |
| 2 | |        Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and Proposed Class Members*

2

Joint Stipulation and [Proposed] Order to
Continue Further Case Management Conference
Case No. 14-CV-05563-EMC
Case No. 14-CV-05563-EMC

| | | |
|---|---|---|
| 1 | Dated: February 3, 2016 | By: _/s/ Melinda S. Riechert_ |
| 2 | | Melinda S. Riechert |

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1000
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
          jsvanfeldt@morganlewis.com
          rvespremi@morganlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February __5__, 2016

_____
The Honorable Edward M. Chen
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Edward M. Chen]

3

Joint Stipulation and [Proposed] Order to
Continue Further Case Management Conference
Case No. 14-CV-05563-EMC
Case No. 14-CV-05563-EMC

## ATTESTATION OF SIGNATURE

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: February 3, 2016                     OUTTEN & GOLDEN LLP

By:  */s/ Jahan C. Sagafi*

*Attorneys for Plaintiffs and Proposed Class Members*

4

Joint Stipulation and [Proposed] Order to
Continue Further Case Management Conference
Case No. 14-CV-05563-EMC
Case No. 14-CV-05563-EMC