| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Seth R. Lesser (admitted *pro hac vice*) |
| Julia Rabinovich (Cal. Bar No. 290730) | Fran L. Rudich (admitted *pro hac vice*) |
| OUTTEN & GOLDEN LLP | KLAFTER OLSEN & LESSER, LLP |
| One Embarcadero Center, 38th Floor | Two International Drive, Suite 350 |
| San Francisco, CA 94111 | Rye Brook, NY 10573 |
| Telephone: (415) 638-8800 | Telephone: (914) 934-9200 |
| Facsimile: (415) 638-8810 | Facsimile: (914) 934-9220 |
| E-mail: jsagafi@outtengolden.com | E-mail: seth@klafterolsen.com |
| E-mail: jrabinovich@outtengolden.com | E-mail: fran@klafterolsen.com |

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

*Attorneys for Plaintiffs JASON ZAJONC, DENNIS FOWLER, and Proposed Class Members*

Melinda Riechert, SBN: 65504
Jennifer Svanfeldt, SBN: 233248
Roberta Vespremi, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1000
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

*Attorneys for Defendants MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY*

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY, <br><br> Defendants. | **Case No. 14-cv-05563-EMC** Modified <br><br> **STIPULATION AND [PRO~~POS~~ED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:    December 19, 2014 |

**STIPULATION**

WHEREAS, the Court's November 24, 2015 Clerk's Notice (ECF No. 115) set the Further Case Management Conference ("CMC") for January 28, 2016;

WHEREAS, per the Parties' request, on January 21, 2016, the Court continued the CMC to February 11, 2016 (ECF No. 119);

WHERES, per the Parties' request, on February 5, 2016, the Court continued the CMC to March 10, 2016 (ECF No. 121);

WHEREAS, the Parties have continued to meet and confer regarding the litigation generally and the timing of the CMC specifically;

WHEREAS, the Parties still do not currently have ripe issues for discussion but expect that an additional continuance of the CMC to March 24, 2016, will allow for a more meaningful discussion;

WHEREAS, this is the Parties' third request to postpone the CMC;

WHEREAS, Plaintiffs' motion for Rule 23 class certification is currently due by April 7, 2016;

WHEREAS, the Parties' agreements regarding discovery priorities and discovery deadlines make it impracticable for briefing on the class certification motion to be conducted in April;

WHEREAS, the Parties further request that the Court vacate all currently-calendared dates, allow the Parties to propose new dates in the next CMC Statement, and reset those dates at the next CMC; and

WHEREAS, the requested continuance of the CMC will not otherwise affect the schedule for the case.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to continue the CMC currently scheduled for Thursday, March 10, 2016 to Thursday, March 24, 2016.  The Parties further agree that all currently-calendared dates be vacated.  The Parties will submit an updated Case Management Statement seven days before the rescheduled CMC date.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: March 2, 2016 | By:  */s/ Jahan C. Sagafi* |
| 2 | | Jahan C. Sagafi |
| | | |
| 3 | | Jahan C. Sagafi (Cal. Bar No. 224887) |
| | | Julia Rabinovich (Cal. Bar No. 290730) |
| 4 | | OUTTEN & GOLDEN LLP |
| | | One Embarcadero Center, 38th Floor |
| 5 | | San Francisco, CA 94111 |
| | | Telephone: (415) 638-8800 |
| 6 | | Facsimile: (415) 638-8810 |
| | | E-mail: jsagafi@outtengolden.com |
| 7 | | E-mail: jrabinovich@outtengolden.com |

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and Proposed Class Members*

| | | |
|---|---|---|
| 1 | Dated: March 2, 2016 | By: */s/ Melinda S. Riechert*<br>Melinda S. Riechert |
| 2 | | |
| 3 | | Melinda S. Riechert<br>Jennifer Svanfeldt |
| 4 | | Roberta H. Vespremi<br>MORGAN LEWIS & BOCKIUS LLP |
| 5 | | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 6 | | Telephone: (415) 422-1000<br>Facsimile: (415) 422-1001 |
| 7 | | E-mail: mriechert@morganlewis.com<br>jsvanfeldt@morganlewis.com<br>rvespremi@morganlewis.com |
| 8 | | |
| 9 | | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Further CMC is reset to Weds. 3/23/16 at 4:00 pm*

Dated: March 4, 2016

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

*Class certification schedule previously set remains in place. Court to discuss schedule at the 3/23/16 CMC. An updated joint CMC statement shall be filed by 3/16/16.

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: March 2, 2016                    OUTTEN & GOLDEN LLP

                                        By:  */s/ Jahan C. Sagafi*

                                        *Attorneys for Plaintiffs and Proposed Class Members*