Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* forthcoming)
Seth R. Lesser (*pro hac vice* forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com

*Attorneys for Plaintiffs JASON ZAJONC,
DENNIS FOWLER, and Proposed Class Members*

Melinda Riechert, SBN: 65504
Jennifer Svanfeldt, SBN: 233248
Roberta Vespremi, SBN 225067
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1000
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
          jsvanfeldt@morganlewis.com
          rvespremi@morganlewis.com

*Attorneys for Defendants MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 4:14-cv-05563-EMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES ON CALENDAR**<br><br>ORDER |

Plaintiffs Jason Zajonc and Dennis Fowler and Defendants MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY provide notice to the Court that the parties have reached an agreement in principle to resolve this case as part of a global settlement of the following cases: *DeVries v. Morgan Stanley & Co., LLC*, No. 12-81223 (S.D. Fla.); *Hix v. Morgan Stanley & Co., LLC*, No. 15-1157 (D. Md.), and *Johnson v. Morgan Stanley & Co., LLC*, No. 15-4856 (S.D.N.Y.).  The parties' settlement will be memorialized in a settlement stipulation to be presented to the *DeVries* court for approval.

The settlement calls for this case to be transferred to the United States District Court for the Southern District of Florida to be joined with the *DeVries* action before Judge Kenneth Marra for purposes of seeking approval of the settlement and implementing the settlement.  *DeVries* is the earliest-filed case including those putative class members participating in the settlement, is a post-Fair Labor Standards Act conditional certification notice case, and encompasses most of the individuals whose claims are being settled in the global settlement.

The parties will finalize the formal settlement documents and submit to this Court a joint motion to transfer to the Southern District of Florida by April 11, 2016.  Given the settlement, the parties respectfully request that all deadlines and appearances be taken off calendar.

| | | |
|---|---|---|
| 1 | Dated: March 9, 2016 | By:   /s/ Jahan Sagafi           |
| 2 | | Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Jeffrey A. Klafter (*pro hac vice* forthcoming)
Seth R. Lesser (*pro hac vice* forthcoming)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: March 9, 2016 | By:    /s/Melinda Riechert |
| 2 | | Melinda Riechert |

Melinda Riechert
Jennifer Svanfeldt
Roberta Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
            jsvanfeldt@morganlewis.com
            rvespremi@morganlewis.com

*Attorneys for Defendants*

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: March 9, 2016                                OUTTEN & GOLDEN LLP

                                                    By:   /s/ Jahan Sagafi

```
IT IS SO ORDERED that the further CMC is reset from 3/23/16 to
 5/5/16 at 10:30 a.m.  An updated joint CMC statement shall be filed
by 4/28/16.
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE
```

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen (seal: United States District Court, Northern District of California)