Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

*Attorneys for Plaintiffs and proposed Class Members*
*(Additional counsel listed below)*

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASON ZAJONC and DENNIS FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>Defendants. | Case No. 14-cv-05563-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT MOTION TO TRANSFER**<br><br>Complaint Filed:   December 19, 2014 |

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC

## STIPULATION

WHEREAS, on March 9, 2016, the parties filed a Notice of Settlement and Request to Vacate all Dates on Calendar (ECF No. 124), informing the Court that they have reached an agreement in principle to resolve the claims of the Plaintiffs and the putative class as part of a settlement of the following other cases: *Devries v. Morgan Stanley & Co., LLC*, No. 12 Civ. 81223 (S.D. Fla); *Hix v. Morgan Stanley & Co., LLC*, No. 15 Civ. 1157 (D. Md.); and *Johnson v. Morgan Stanley & Co., LLC*, No. 15 Civ. 4856 (S.D.N.Y.) ("Notice of Settlement");

WHEREAS, the Notice of Settlement informed that Court that the terms of the settlement, agreed to by the parties, call for the settlement to be memorialized in a comprehensive settlement stipulation and for the parties to move to transfer this case (as well as the *Hix* and *Johnson* actions) to the Southern District of Florida to be joined with *Devries* before Judge Marra for purposes of seeking approval of the settlement;

WHEREAS, the Notice of Settlement stated that the parties would finalize a formal settlement stipulation and submit a joint motion to transfer no later than April 11, 2016;

WHEREAS, on March 15, 2016, the Court stamped the last page of the Notice of Settlement, "it is so ordered as modified" and inserted the following language: IT IS SO ORDERED that the further CMC is reset from 3/23/16 to 5/5/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 4/28/16." (ECF No. 125);

WHEREAS, on April 11, 2016, the parties filed their first Joint Stipulation and Proposed Order to Continue Deadline for Joint Motion to Transfer and Case Management Conference to afford the parties additional time to complete negotiations on their settlement stipulation and finalize same along with other required submissions, including their joint motion to transfer. (ECF No. 126);

WHEREAS, on April 12, 2016, the Court entered the parties' Joint Stipulation and Proposed Order to Continue Deadline for Joint Motion to Transfer and Case Management Conference setting the deadline for the parties to file their joint motion to transfer to May 11, 2016 and continuing the CMC to June 30, 2016. (ECF No. 127);

1

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC

| | |
|---|---|
| 1 | |
| 2 | WHEREAS, the parties have diligently been working to prepare the settlement stipulation and other required submissions, including the joint motion to transfer in this matter as well as in the *Hix* and *Johnson* matters; |
| 3 | |
| 4 | |
| 5 | WHEREAS, given the ongoing efforts to negotiate the settlement stipulation in these matters, the parties require additional time to submit a joint motion to transfer; |
| 6 | |
| 7 | WHEREAS, at this time the parties intend to complete and submit their joint motion to transfer in advance of the June 30, 2016 CMC and thus no other deadlines will be affected by this Stipulation. |
| 8 | |
| 9 | |
| 10 | ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to continue the deadline to file a joint motion to transfer to June 10, 2016. |
| 11 | |
| 12 | **IT IS SO STIPULATED.** |

WHEREAS, the parties have diligently been working to prepare the settlement stipulation and other required submissions, including the joint motion to transfer in this matter as well as in the *Hix* and *Johnson* matters;

WHEREAS, given the ongoing efforts to negotiate the settlement stipulation in these matters, the parties require additional time to submit a joint motion to transfer;

WHEREAS, at this time the parties intend to complete and submit their joint motion to transfer in advance of the June 30, 2016 CMC and thus no other deadlines will be affected by this Stipulation.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to continue the deadline to file a joint motion to transfer to June 10, 2016.

**IT IS SO STIPULATED.**

2

Joint Stipulation and [~~Proposed~~] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC

| | | | |
|---|---|---|---|
| 1 | Dated: May 11, 2016 | By: | /s/ Jahan C. Sagafi |
| | | | Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and Proposed Class Members*

3

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC

| | | |
|---|---|---|
| 1 | Dated: May 11, 2016 | By:    */s/ Roberta H. Vespremi* |
| 2 | |        Roberta H. Vespremi |

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May  12 , 2016

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED

*/s/ Edward M. Chen*
Judge Edward M. Chen

4

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC

# ATTESTATION OF SIGNATURE

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: May 11, 2016               OUTTEN & GOLDEN LLP

                                  By:  /s/ Jahan C. Sagafi

                                  *Attorneys for Plaintiff and Proposed Class Members*

5

Joint Stipulation and [Proposed] Order to Continue
Deadline for Joint Motion to Transfer
Case No. 14-CV-05563-EMC