1  Melinda S. Riechert
   Jennifer Svanfeldt
2  Roberta H. Vespremi
   MORGAN LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
4  Telephone: (415) 442-1000
   Facsimile: (415) 442-1001
5  E-mail: mriechert@morganlewis.com
   E-mail: jsvanfeldt@morganlewis.com
6  E-mail: rvespremi@morganlewis.com

7  *Attorneys for Defendants*

8  Jahan C. Sagafi (Cal. Bar No. 224887)
   Julia Rabinovich (Cal. Bar No. 290730)
9  OUTTEN & GOLDEN LLP
   One Embarcadero Center, 38th Floor
10 San Francisco, CA 94111
   Telephone: (415) 638-8800
11 Facsimile: (415) 638-8810
   E-mail: jsagafi@outtengolden.com
12 E-mail: jrabinovich@outtengolden.com

13 *Attorneys for Plaintiffs and proposed Class Members*
   *(Additional counsel listed on next page)*
14

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16              SAN FRANCISCO / OAKLAND DIVISION

17

18 JASON ZAJONC and DENNIS FOWLER,        **CASE NO. 3:14-CV-05563-EMC**
   individually and on behalf of all others
   similarly situated,                    **STIPULATION TO TRANSFER FOR**
19                                         **SETTLEMENT PURPOSES &**
                        Plaintiffs,        **[PROPOSED] ORDER**
20

21        v.

22 MORGAN STANLEY & CO. LLC,              Complaint Filed:   December 19, 2014
   f/k/a Morgan Stanley & Co. Incorporated,
23 MORGAN STANLEY SMITH BARNEY
   LLC, and MORGAN STANLEY,
24
                        Defendants.
25

26

27

28

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and proposed Class Members*

1      Plaintiffs Jason Zajonc and Dennis Fowler ("Plaintiffs") and Defendants Morgan Stanley

2  & Co., LLC, f/k/a Morgan Stanley & Co. Incorporated, Morgan Stanley Smith Barney LLC, and

3  Morgan Stanley ("Defendants" or "Morgan Stanley") hereby stipulate and agree as follows:

4      WHEREAS, the parties have agreed to a comprehensive settlement agreement (the

5  "Settlement Agreement") that provides for the settlement of this action as well as three additional

6  cases:  *DeVries v. Morgan Stanley & Co., LLC*, Case No. 12-81223 (S.D. Fla); *Johnson v.*

7  *Morgan Stanley & Co., LLC*, Case No. 1:15-cv-04865-RJS (S.D.N.Y.); and *Hix v. Morgan*

8  *Stanley & Co., LLC*, Case No. 1:15-cv-01157-MJG (D. Md.);

9      WHEREAS, as *Devries* is the most advanced action and involves the most opt-ins, the

10  Settlement Agreement provides for, and the parties hereby stipulate to transfer this action, along

11  with *Johnson*, and *Hix*, to the Southern District of Florida so that the Honorable Kenneth A.

12  Marra can consider the fairness of the entire settlement;

13      WHEREAS, the four actions all concern Defendants' alleged failure to pay overtime for

14  all hours worked to either pre-production Financial Advisor Associates (*DeVries* and this action),

15  Client Service Associates (*Johnson*) and Service Associates (*Hix*).  Each position is eligible for

16  overtime under Morgan Stanley's policies, and Plaintiffs allege they were entitled to be

17  compensated for overtime for all hours worked over 40 per workweek.  The Settlement

18  Agreement provides for compensation to each of these groups of employees.  The Settlement

19  Agreement further provides that the parties in *Johnson*, *Hix* and this case will jointly seek to have

20  their respective cases transferred to Florida for consolidation with *DeVries* before Judge Marra

21  solely for the purpose of settlement;

22      WHEREAS, in *DeVries*, the Court conditionally certified a collective of pre-production

23  Financial Advisor Associates, 433 members of the collective opted in, including Plaintiff Jason

24  Zajonc, second phase discovery was completed and motions for final certification/decertification

25  and summary judgment were fully briefed and pending before the Court at the time the Settlement

26  Agreement was reached.  It is therefore, by far, the most advanced case of the four actions being

27  settled and Judge Marra has the most familiarity with the compensation issues that are at the heart

28  of each of the cases;

1    WHEREAS, 28 U.S.C. § 1404(a), provides that "For the convenience of parties and

2    witnesses, in the interest of justice, a district court may transfer any civil action to any other

3    district or division where it might have been brought or to any district or division to which all

4    parties have consented." This stipulated transfer satisfies each of these requirements;

5    WHEREAS, the stipulated transfer is for the convenience of those parties who have

6    entered into a settlement that is a part of an omnibus settlement of the four actions. It would be

7    unnecessarily burdensome on the parties to have to seek approval of the Settlement Agreement in

8    this Court and before Judge Marra. Similarly, judicial efficiency would be undermined if more

9    than one court were to address the same settlement;[1]

10   WHEREAS, the parties alerted Judge Marra to the settlement of *DeVries*, *Johnson*, *Hix*,

11   and *Zajonc* on March 9, 2016, and also advised him that the parties had agreed to transfer

12   *Johnson*, *Hix*, and *Zajonc* to him for approval as part of an omnibus settlement; and

13   WHEREAS Judge Marra responded positively, congratulating the parties on their

14   amicable resolution of these matters and ordering that the preliminary settlement approval papers

15   be filed by June 22, 2016. *See DeVries* Dkt. No. 506 & 512.

16   THEREFORE, the parties hereby stipulate and agree to transfer venue for this case for

17   settlement purposes to the Southern District of Florida, and respectfully request that the Court

18   grant that transfer in time for the June 22, 2016 settlement approval filing.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

27   [1]  If the settlement is ultimately not approved by the Court in Florida, the parties will move to
     have this action transferred back to this Court for further proceedings.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: June 10, 2016

Respectfully submitted,

By:     /s/ Roberta H. Vespremi
          Roberta H. Vespremi

Melinda S. Riechert
Jennifer Svanfeldt
Roberta H. Vespremi
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 422-1486
Facsimile: (415) 422-1001
E-mail: mriechert@morganlewis.com
E-mail: jsvanfeldt@morganlewis.com
E-mail: rvespremi@morganlewis.com

*Attorneys for Defendants*

Dated: June 10, 2016

By:   */s/ Jahan C. Sagafi*
     Jahan C. Sagafi

Jahan C. Sagafi (Cal. Bar No. 224887)
Julia Rabinovich (Cal. Bar No. 290730)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: jrabinovich@outtengolden.com

Justin M. Swartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: sstern@shavitzlaw.com
E-mail: pmeireles@shavitzlaw.com

Michael J. Palitz (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
30 3rd Avenue, 5th Floor
New York, NY 10022
Telephone:  (800) 616-4000
Facsimile: (561) 447-8831
E-mail: mpalitz@shavitzlaw.com

Seth R. Lesser (admitted *pro hac vice*)
Fran L. Rudich (admitted *pro hac vice*)
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
E-mail: seth@klafterolsen.com
E-mail: fran@klafterolsen.com

*Attorneys for Plaintiffs and Proposed Class
Members*

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:  June ____13____, 2016

4                                              _____
                                             THE HONORABLE                CHEN
5                                            UNITED                        E



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF SIGNATURE**

2          Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence

3     in the filing of this document has been obtained from the other signatory above.

4

5     DATED: June 10, 2016                    MORGAN, LEWIS & BOCKIUS LLP

6                                             By:  */s/ Roberta H. Vespremi*

7                                                  *Attorneys for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28